# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ERIC HAWKINS                                                              PLAINTIFF

v.                                        CIVIL ACTION NO. 4:16-CV-00098-DMB-JMV

NICHOLAS WALSH, ET AL.                                       DEFENDANTS

## ORDER GRANTING UNOPPOSED MOTION TO STAY

Before the court is Plaintiff's unopposed motion to stay these proceedings pending resolution of a parallel criminal matter. For good cause shown, the motion is hereby GRANTED, and all proceedings in this case are STAYED until February 1, 2017, or until the criminal matter, *State of Mississippi v. Eric Hawkins* in the Circuit Court of Coahoma County, Cause No. 2014-0012, is disposed of, whichever is sooner. Plaintiff shall notify the undersigned U.S. Magistrate Judge of the status of the criminal matter within 7 days of any resolution or any change of its trial setting.

SO ORDERED this 30th day of August, 2016.

                                                                     /s/ Jane M. Virden
                                                                     U. S. MAGISTRATE JUDGE